FOR ORIGINAL COPY

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

*FILED CS-06-0066
IN CLERK'S OFFICE
DISTRICT COURT E D N Y*

★ JUN 03 2011 ★

**LONG ISLAND OFFICE**

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| TERRI ANN BEDELL | ) | Case No. |
| | ) | |
| | ) | **M 11 537** |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TERRI ANN BEDELL                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment          ◻ Superseding Indictment          ◻ Information          ◻ Superseding Information          ☑ Complaint

◻ Probation Violation Petition          ◻ Supervised Release Violation Petition          ◻ Violation Notice          ◻ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 924 (c), 1951
and
21 U.S.C. §§ 846

Date:   05/20/2011

_____
*Issuing officer's signature*

City and state:   CENTRAL ISLIP, NEW YORK

THE HONORABLE ARLENE R. LINDSAY
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/30/2011 , and the person was arrested on *(date)* 06/02/2011
at *(city and state)* FLUSHING, N.Y.

Date: 6/02/2011

_____
DETECTIVE MICHAEL WILLIAMS
DETECTIVE NYCPD

TFO E.J. Holmes
*Arresting officer's signature*

TFO EDWARD J HOLMES
TASK FORCE OFFICER   DEA
*Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   TERRI ANN BEDELL

Known aliases:   NA

Last known residence: PRESENT   147-20 45TH AVE. FLUSHING, NY

Prior addresses to which defendant/offender may still have ties:   NA

Last known employment:   UNEMPLOYED

Last known telephone numbers:   644-573-3674

Place of birth:   NEW YORK, NEW YORK

Date of birth:   06/10/1971

Social Security number:   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

Height:   5'-5"          Weight:   170

Sex:   FEMALE          Race:   WHITE

Hair:   BLONDE          Eyes:   BLUE

Scars, tattoos, other distinguishing marks:   NONE

History of violence, weapons, drug use:   PRIOR ARREST FOR BURGLARY

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:   43120HB2

Complete description of auto:   NA

Investigative agency and address:   DEA/LIDO
175 PINELAWN ROAD   SUITE 205
MELVILLE, N.Y. 11747

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
NA

Date of last contact with pretrial services or probation officer *(if applicable)*:   NA