<u>CRIMINAL CAUSE FOR ARRAIGNMENT</u>

<u>BEFORE</u>: Bianco,J.            <u>DATE</u>: 8/8/2011            <u>TIME</u>: 11:00 a.m.
                                                    <u>TIME IN COURT</u>: 20 minutes

<u>DOCKET NUMBER</u>: CR 11-254        <u>TITLE</u>: USA v. Sylvan et al

<u>DEFT NAME</u>: Terri Ann Bedell            <u>DEFT</u>: # 3
  X  PRESENT ___ NOT PRESENT            ___ IN CUSTODY  X  ON BAIL

<u>ATTY. FOR DEFT.</u>: Kevin Keating
  X  PRESENT ___ NOT PRESENT                    ___ RET    X  C.J.A.
                                                ___ FED. DEF. OF NY, INC.

<u>DEFT NAME</u>: Derick Phanord            <u>DEFT</u>: # 4
  X  PRESENT ___ NOT PRESENT         X  IN CUSTODY  ___ ON BAIL

<u>ATTY. FOR DEFT.</u>: Philippe Solages
  X  PRESENT ___ NOT PRESENT                     X  RET   ___ C.J.A.
                                                ___ FED. DEF. OF NY, INC.

<u>A.U.S.A.</u> Burton Ryan                <u>DEPUTY CLERK</u>: Mary Ryan

<u>COURT REPORTER</u>: ___ P. AUERBACH    ___ E. COMBS    ___ P. LOMBARDI
___ H. RAPAPORT  ___ M. STEIGER  ___ D. TURSI  ___ O. WIREKO  X  S. Picozzi

<u>INTERPRETER</u>: _____

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
AUG 08 2011
LONG ISLAND OFFICE

 X  CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___ FIRST APPEARANCE OF DEFENDANT(S) _____

___ DEFT(S) STATES TRUE NAME TO BE: _____

 X  DEFT(S) <u>Terri Ann Bedell and Derick Phanord</u> ARRAIGNED ON SUPERSEDING INDICTMENT, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

___ CASE ADJOURNED TO

___ BAIL CONTINUED FOR ALL DEFENDANTS.

 X  DEFTS. CONTINUED IN CUSTODY.

___ ORDER OF DETENTION ENTERED FOR _____

___ BAIL SET AT _____

___ MOTIONS TO BE FILED BY_____

___ GOVERNMENT'S RESPONSE DUE_____

___ REPLY PAPERS, IF ANY, DUE_____

__X__ SPEEDY TRIAL INFORMATION: __Teri Ann Bedell__
     CODE TYPE: __X-__          START DATE: __8/ 8/2011__ XSTRT
                                STOP  DATE: __9/15/2011__ XSTOP

__X__ SPEEDY TRIAL INFORMATION: __Derick Phanord__
     CODE TYPE: __X-__          START DATE: __7/31/2011__ XSTRT
                                STOP  DATE: __8/15/2011__ XSTOP

__X__ STATUS CONFERENCE SET FOR __Terri Ann Bedell on 9/15/2011 at 10:00 a.m. before Judge Bianco.__

__X__ OTHER: __Bail hearing for Derick Phanod before Magistrate Lindsay scheduled for  8/5/2011 at 2:30 p.m.__