UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

-V-

Terri Ann Bedell

WAIVER OF SPEEDY TRIAL

11 -cr- 254 (JFB)

----------------------------------------X

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. AUG 08 2011 LONG ISLAND OFFICE*

It is hereby stipulated that the time period from **8-8-11** to **9/15/11** be excluded in computing time within which trial of the charges against the Defendant(s) must commence.

The parties agree to the exclusion of the foregoing period for the purpose(s) of:

- [X] engagement in continuing plea negotiations;
- [ ] examination of the Defendant(s) pursuant to 18 U.S.C. §§ 3161(h)(1)(A) regarding mental or physical capacity;
- [ ] submission of pretrial motions through hearing or other disposition pursuant to 18 U.S.C. § 3161 (h)(1)(F); and/or
- [X] **PUBLIC'S INTEREST IN JUSTICE**

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the U.S. Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50 of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

The Court [X] approves this Speedy Trial Waiver [X] otherwise excludes the time based upon its findings that this action serves the ends of justice and outweighs the best interest of the public and this Defendant in a speedier trial.

SO ORDERED.

Dated: **8/8/11**
Central Islip, NY

Joseph F. Bianco, U.S.D.J.

Assistant U.S. Attorney or Special Assistant U.S. Attorney: _____

Defendant #1: _Terri Ann Bedell_  Counsel: _____

Defendant #2: _____  Counsel: _____

Defendant #3: _____  Counsel: _____

Defendant #4: _____  Counsel: _____