UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

Terri Ann Bedell
                      Defendant.

----------------------------------------------------------X

**REFERRAL ORDER**

CR-11-254-3 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 13 2011 ★
LONG ISLAND OFFICE

    The above-captioned case is referred to **Magistrate Arlene R. Lindsay** for the following purposes:

1.    To conduct arraignments and bail hearings;

2.    To conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure upon defendant's application to enter a guilty plea, and to:

    a.    Determine if the plea is knowingly and voluntarily made and not coerced; and

    b.    Recommend if the guilty plea should be accepted, reporting to the undersigned as soon as practicable.

Dated:    Central Islip, New York 11722
             September 12, 2011

                                               Joseph F. Bianco
                                               **United States District Judge**

---

    The Defendant voluntarily consents to this referral after full consultation with counsel. The defendant will suffer no prejudice by not consenting. If there is no consent, the assigned District Judge will act, rather than the Magistrate Judge.

Defendant: _____

Attorney for Defendant: _____

Assistant U.S. Attorney: _____

Dated:    Central Islip, New York 11722
             9/13 , 20011

                                               **United States Magistrate Judge**