BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: September 13, 2011  
TIME ON: 3:00  
TIME OFF: 3:30

Case No. 11 Cr 254 (JFB)

Courtroom Deputy: Robert Imrie

Criminal Cause for Pleading

Defendant: Terri Ann Bedell (SWORN)  
Present X   Not Present ___   In Custody X   On Bail/Bond ___

Attorney: Kevin Keating      Ret'd ___   CJA X   LAS ___

AUSA: Burton Ryan

Interpreter: -

ESR: 3:03 - 3:26 (SEALED)

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ SEP 13 2011 ★  
LONG ISLAND OFFICE

✓ Case Called       ✓ Counsel for all sides present.  
___ Arraignment Held.  
✓ Defendant Pleads Guilty - ~~Not Guilty~~ to: Count 1 + 9 of the Superseding Indictment.  
___ Order Setting Conditions of Release and Bond entered.   ___ Special Conditions Apply.  
___ Order of Detention entered.  
___ Temporary Order of Detention entered.  
✓ Probation Notified.  
Next Court appearance scheduled for 12/2/11 @ 1:30 for Sentence before JFB.

NOTES: This Court finds that the Defendant is acting voluntarily, fully understands her rights and the consequences of her plea and that there is a factual basis for the plea. This Court reports + recommends to District Judge Bianco, that the plea be accepted.