MEMORANDUM TO
THE HONORABLE JOSEPH BIANCO
UNITED STATES DISTRICT JUDGE

RE: U.S. v. Terri Bedell
DOCKET #: 11-CR-254
FOR SENTENCE: Pending

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y

★ DEC 12 2011 ★

LONG ISLAND OFFICE

### DELAY IN PRESENTENCE INVESTIGATION

On September 13, 2011, the above-named defendant pleaded guilty to robbery-related charges, before Magistrate Judge Arlene R. Lindsay. At that time, a presentence report was ordered. The case was assigned to U.S. Probation Officer Holly S. Kaplan.

A presentence interview has not yet occurred for this case; the meeting was most recently scheduled to occur on December 1, 2011, but was canceled for a third time by Defense Counsel Kevin Keating. Mr. Keating stated on this occasion that he was involved in hearings on other cases, and his presence was required.

We will inform the Court of any additional delays in the presentence investigation.

RESPECTFULLY SUBMITTED,

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:

Linda I. Fowle
Supervising U.S. Probation Officer
(631) 712-6357

Date: December 2, 2011

cc: Kevin Keating, Esq.

Burton Ryan, Esq.
Assistant United States Attorney