BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: Dec 21, 2011  
TIME ON: 12:00  
TIME OFF: 12:20

Case No. 11 CR 254 (JFB)

Courtroom Deputy: Robert Imrie

Criminal Cause for __Detention Hearing__

Defendant: __Terri Ann Bedell__  
    Present _X_  Not Present___  In Custody _X_  On Bail/Bond___

Attorney: Kevin Keating  Ret'd___  CJA _X_  FD of NY___

AUSA: Burton Ryan

Interpreter:_____

ESR Time: 12:11 - 12:17

_X_ Case Called   _X_ Counsel for all sides present.

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ DEC 21 2011 ★  
LONG ISLAND OFFICE

_X_ Order Setting Conditions of Release and Bond entered.  _X_ Special Conditions Apply.  
___ Order of Detention entered.  
___ Temporary Order of Detention entered.  
Next Court appearance scheduled for _____  
Preliminary Hearing ___ Waived; ___ Set for _____.  
___ Waiver of Speedy Indictment executed from _____ to _____.  
___ Defendant waives Speedy Trial from _____ to _____.  
NOTES:_____