KEVIN J. KEATING

ATTORNEY AT LAW

SUITE 501

666 OLD COUNTRY ROAD

GARDEN CITY, NEW YORK 11530-2004

———

(516) 222-1099

———

TELECOPIER

(516) 683-8410

MANHATTAN OFFICE:

EMPIRE STATE BUILDING

350 FIFTH AVENUE, SUITE 5411

NEW YORK, N.Y. 10118

(212) 964-2702

March 9, 2012

**By ECF**

The Honorable Joseph F. Bianco
United States District Court Judge
Eastern District of New York
100 Federal Plaza, Room 920
Central Islip, New York 11722

Re:     *United States v. Bedell*
        Docket No. 11-CR-254

Dear Judge Bianco:

As you are aware, I am attorney for Ms. Bedell, who is currently at liberty on bail conditions consisting of an unsecured bond and an unmonitored night-time curfew. To date, Ms. Bedell has complied with all conditions of her release. I write to respectfully request a modification of her conditions of release.

Ms. Bedell has recently obtained employment at the Estee Lauder Factory in Farmingdale, New York. She has been assigned the over-night shift, working from approximately 11:00 p.m. to 7:00 a.m. For this reason, I ask that the night-time curfew monitoring be eliminated from her conditions of release on days that she is scheduled to work.

I have conferred with AUSA Burton Ryan who offers his consent to this application.

Thank you for your consideration.

Very truly yours,

KEVIN J. KEATING

KJK/mag
/cc:  AUSA Burton Ryan
        US Pre-Trial Services

SO ORDERED:

_____

Hon. Joseph F. Bianco