**UNITED STATES PRETRIAL SERVICES AGENCY**
Eastern District of New York

## MEMORANDUM

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2012 ★
LONG ISLAND OFFICE

| | |
|---|---|
| DATE: | September 12, 2012 |
| TO: | Honorable Joseph F. Bianco<br>United States District Judge |
| RE: | Bedell, Terri<br>Docket No.: 11CR254 |
| | Request for Modification of Release Conditions |

Reference is made to the above named defendant, who was released on a $250,000 unsecured bond on December 21, 2011, with the following conditions: travel restricted to the EDNY, no codefendant contact, report to Pretrial Services once a month in person, abide by a 7:00 p.m. curfew. Ms. Bedell has entered a guilty plea and a sentencing control date of September 28, 2012 has been established.

On September 10, 2012, the defendant reported to Pretrial Services and advised of an employment opportunity in Manhattan, where she would sell high end jewelry at a flea market. The job would require the defendant to work well into the evening and as such, she would be unable to make curfew. Furthermore, she noted that her travel is restricted to the EDNY.

To date, the defendant has fully complied with the bail conditions. As such, Pretrial Services recommends that the curfew be lifted and that travel be expanded to include the SDNY. The undersigned officer presented this proposed modification to AUSA Burtom T. Ryan, who offered consent.

Prepared by: *Arthur E. Bobyak*
Arthur E. Bobyak, Sr.
U.S. Pretrial Services Officer

Approved by: *Patrick L. Mancini*
Patrick L. Mancini
Supervising Pretrial Services Officer

Attachment

**RE:** Bedell, Terri
**Docket No.:** 11CR254

IT IS THE ORDER OF THE COURT THAT:

[X] The defendant's conditions of release be modified to remove the curfew and expand travel to the SDNY.

[ ] No action with regard to the defendant's condition of release is to take place at this time.

[ ] Other: _____

SO ORDERED,

_____
Honorable Joseph F. Bianco
U.S. District Judge

9/14/12
Date

cc: Burton T. Ryan, AUSA
    Kevin Keating, Defense Counsel